# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIN HENTON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMAZON RETAIL LLC, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02531-FWS (DFMx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Trial Date: March 2, 2027 |

**ORDER**

The Court, having reviewed the parties' Stipulated Protective Order for Confidential Treatment of Documents or Information, and good cause appearing therefor, hereby approves and enters the Stipulated Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 20, 2026

HON. DOUGLAS F. McCORMICK
United States Magistrate Judge